**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) | Case No.: 6:12-cv-00017 |
| v. | ) | |
| AT&T MOBILITY LLC, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ADAPTIX, INC., | ) | Case No.: 6:12-cv-00120 |
| Plaintiff, | ) | |
| v. | ) | |
| CELLCO PARTNERSHIP *d/b/a* | ) | |
| VERIZON WIRELESS, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE AMENDED SUPPLEMENTAL INFRINGEMENT CONTENTIONS**

Before the Court is Plaintiff Adaptix, Inc.'s Unopposed Motion for Extension of Time to Serve Amended Supplemental Infringement Contentions. Having considered the Motion, the Court GRANTS the Motion and allows the relief requested by Plaintiff Adaptix, Inc. that the deadline for serving its Amended Supplemental Infringement Contentions in the above captioned case be extended up to and including October 23, 2013.

**SIGNED this 21st day of October, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE

06054985