# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **ADAPTIX, INC.,** | § | JURY TRIAL DEMANDED |
| Plaintiff, | § | CASE NO. 6:12-cv-017 |
| v. | § | |
| **AT&T MOBILITY LLC., et al.** | § | |
| Defendants. | § | |
| **ADAPTIX, INC.,** | § | JURY TRIAL DEMANDED |
| Plaintiff, | § | CASE NO. 6:12-cv-020 |
| v. | § | |
| **PANTECH WIRELESS, INC., et al.** | § | |
| Defendants. | § | |
| **ADAPTIX, INC.,** | § | JURY TRIAL DEMANDED |
| Plaintiff, | § | CASE NO. 6:12-cv-120 |
| v. | § | |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, et al.** | § | |
| Defendants. | § | |

## [PROPOSED ]ORDER GRANTING MOTION
## FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS

Before the Court is AT&T Mobility LLC, LG Electronics, Inc., LG Electronics U.S.A., Inc., Pantech Wireless, Inc., and Cellco Partnership d/b/a Verizon Wireless (collectively, "Defendants") Motion for Leave to Supplement Invalidity Contentions. Having fully considered

the parties' written submission and arguments, the Court hereby GRANTS Defendants' motion and ORDERS the following:

    1. Defendants are hereby granted leave to supplement their invalidity contentions.

    IT IS ORDERED.

**SIGNED this 13th day of May, 2014.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE