**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ADAPTIX, INC. | § | |
| | § | |
| v. | § | No. 6:12cv17 |
| | § | |
| AT&T MOBILITY LLC, ET AL. | § | |

**ORDER RESETTING CERTAIN DEADLINES IN SECOND
AMENDED SCHEDULIUNG AND DISCOVERY ORDER**

Before the Court is the parties' Agreed Motion To Reset Certain Deadlines in Second Amended Scheduling Order (Docket Entry #270). In light of the Court's oral order at the hearing on October 29, 2014, resetting the pretrial conference in this case from January 8, 2015, until March 23, 2015, and the agreement of the parties to the deadlines reflected below, the Court, having considered the motion, is of the opinion the agreed motion should be **GRANTED, as modified**.

IT IS THEREFORE ORDERED that the Second Amended Scheduling and Discovery Order is hereby amended as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Deadline for parties to exchange pretrial disclosures (¶ 9) | November 3, 2014 | January 30, 2015 |
| Deadline to notify Court of daily transcript or realtime request (¶ 10) | November 7, 2014 | February 3, 2015 |
| Deadline for parties to exchange objections to pretrial disclosures (¶ 9) | November 14, 2014 | February 13, 2015 |
| Deadline for parties to meet and confer on resolving objections (¶ 11) | November 21, 2014 | March 2, 2015 |
| Deadline to file pretrial materials (¶ 12) | December 5, 2014 | March 9, 2015 |
| Deadline for parties to exchange exhibits | February 19, 2015 | March 18, 2015 |

| (¶ 13) | | |
| --- | --- | --- |
| Pretrial conference and trial setting in Tyler, Texas (¶ 14) | January 8, 2015 at 11:00 a.m. | March 23, 2015 at 10:00 a.m. |

**IT IS SO ORDERED.**

**SIGNED this 3rd day of November, 2014.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE