IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JUDGE CAROLINE M. CRAVEN
LAW CLERK JENNIFER ORGERON
COURTROOM DEPUTY LYNN SIEBEL
COURT REPORTER BRENDA BUTLER

| ADAPTIX, INC. | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. 6:12-cv-17 |
| | § | |
| AT&T, INC., ET AL | § | |

| ADAPTIX, INC. | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. 6:12-cv-20 |
| | § | |
| PANTECH WIRELESS, INC., ET AL. | § | |

| ADAPTIX, INC. | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. 6:12-cv-120 |
| | § | |
| CELLCO PARTNERSHIP, ET AL, | § | |

ATTORNEYS FOR PLAINTIFF: SEE SIGN IN SHEET
ATTORNEYS FOR DEFENDANTS: SEE SIGN IN SHEET

MOTION HEARING
04/14/15

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
|---|---|
| | |

| | |
|---|---|
| 9:00 am | Matter called for hearing on<br><br>**Defendants'** (SEALED) Motion for Summary Judgment on *Preclusion Grounds*<br>(Cause No. 6:12cv17, **#340**)<br>(Cause No. 6:12cv20, **#330**)<br>(Cause No. 6:12cv120, **#318**)<br><br>**AT&T's** (SEALED) Motion for Summary Judgment of *No Direct Infringement*<br>(Cause No. 6:12cv17 **#244**);<br><br>**LG's** (SEALED) Motion for Summary Judgment of *No Direct Infringement*<br>(Cause No. 6:12cv17, **#245**)<br>(Cause No. 6:12cv120, **#236**)<br><br>**VERIZON's** (SEALED) Motion for Summary Judgment of *No Direct Infringement*<br>(Cause No. 6:12cv20, **#256**)<br>(Cause No. 6:12cv120, **#237**)<br><br>**Defendants'** (SEALED) Motion for Partial Summary Judgment of *No Contributory Infringement*<br>(Cause No. 6:12cv17, **#315**)<br>(Cause No. 6:12cv20, **#313**)<br>(Cause No. 6:12cv120, **#300**) |
| | Attorney announcements. |
| | Court announcements. 3 hours per side. Break every hour and fifteen. |
| 9:03 | Mr. Douglas Mark Kubehl presents Defendants' (SEALED) Motion for Summary Judgment on Preclusion Grounds. (#340, #330, 318) |
| 9:27 | Mr. James John Foster responds on behalf of Adaptix. |
| 10:00 | Mr. Kubehl responds. |
| 10:05 | Mr. Foster replies. |
| 10:05 | Mr. Kubehl responds. |
| 10:06 | Break |
| 10:19 | Reconvene. Mr. Alex Verbin Chachkes presents (SEALED) Motion for Summary Judgment of No Direct Infringement (#244, #245, #236, #256, #237) |
| 10:35 | Mr. Foster responds. |
| 10:45 | Mr. Chachkes replies. |

| 10:49 | Mr. Foster responds. |
|---|---|
| 10:50 | Mr. Chachkes presents Carrier's Motion that there is no direct infringement. |
| 11:15 | Mr. Chachkes presents Manufacturer's Motion that there is no direct infringement. |
| 11:18 | Break. |
| 11:32 | Reconvene. Mr. Foster responds. |
| 11:47 | Mr. Chachkes replies. |
| 11:52 | Mr. Foster responds. |
| 11:56 | Mr. Chachkes replies. |
| 11:57 | Mr. Mark Donnell Flanagan requests that Courtroom be cleared due to Protective Order. Court grants. Mr. Flanagan presents Defendants' (SEALED) Motion for Partial Summary Judgment of No Contributory Infringement. (#315, #313, #300) |
| 12:19 | Mr. Foster responds. |
| 12:29 | Mr. Flanagan replies. |
| 12:34 | Mr. Foster responds. |
| 12:35 | R & R out before end of the month. PT set for June 2nd. That could possibly change as Judge Schroeder may decide that he will conduct his own PTC. Do not have definite trial setting. Mr. Hayes questions if Court will hear argument on Plaintiff's Motion for SJ. Mr. Chachkes replies with other pending motions. Court will look at calendar. |
| 12:39 | Adourn. |

# SIGN IN SHEET

6:12CV17 ADAPTIX V AT&T, INC., ET AL
6:12CV20 ADAPTIX V PANTECH WIRELESS, INC., ET AL
6:12CV120 ADAPTIX V CELLCO, ET AL

## 04/14/15

| ATTORNEY | CLIENT |
|---|---|
| Paul Hayes | P |
| James Foster | " |
| Mike Ercolini | " |
| Craig Tedlock | " |
| Keith Smiley | " |
| Chad Everingham | AT&T |
| Mike Jones | Verizon |
| Mark Flanagan | " |
| Geoff Godfrey | " |
| Travis Jensen | LG & ATT |
| Doug Kubehl | AT&T |